# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brenda Anne Petel<br>Peter Michael Petel Jr.<br>aka Peter Michael Petel<br><br>Debtors | BK NO. 19-00603 HWV<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                                                       Respectfully submitted,

                                                   **/s/ James C. Warmbrodt, Esquire**
                                                   James C. Warmbrodt, Esquire
                                                   KML Law Group, P.C.
                                                 BNY Mellon Independence Center
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA  19106
                                                 215-627-1322