```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 19-00603-HWV
Peter Michael Petel, Jr.                                            Chapter 7
Brenda Anne Petel
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-1          User: admin              Page 1 of 2         Date Rcvd: May 17, 2019
                              Form ID: 318             Total Noticed: 71


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2019.
db/jdb         +Peter Michael Petel, Jr.,    Brenda Anne Petel,    37 Appler Court,    Littlestown, PA 17340-1144
cr             +TOYOTA MOTOR CREDIT CORPORATION,    14841 Dallas Parkway, Suite 425,     Dallas, TX 75254-8067
5161427        +Admin Recovery,LLC/Littman Jewelers,    45 Earhart Drive,    Suite 102,   Buffalo, NY 14221-7809
5161429        +American Collections Enterprise, In,    PO Box 30096,    Alexandria, VA 22310-8096
5161431         Americollect, Inc.,    P.O. Box 1505,    Manitowoc, WI 54221-1505
5161435         Atlantic Credit & Finance Inc.,    PO Box 2001,    Warren, MI 48090-2001
5161438        +Central Credit Services LLC,    9550 Regency Square Boulevard,    Suite 500,
                 Jacksonville, FL 32225-8169
5161439        +Central Credit Services LLC,    PO Box 390915,    Minneapolis, MN 55439-0911
5161440        +Citi,   P.O. Box 790040,    Saint Louis, MO 63179-0040
5161441        +Citizens One Auto Finance,    One Citizens Drive,    Riverside, RI 02915-3035
5161442         Citizens One Auto Finance,    P.O. Box 42113,    Providence, RI 02940-2113
5161443         Client Service, Inc./Chase Bank USA,    3451 Harry S. Truman Blvd.,
                 Saint Charles, MO 63301-4047
5161444        +Client Services Inc.,    P.O. Box 1586,    Saint Peters, MO 63376-0028
5161447         EIS Collections,    P.O. Box 1398,    Reynoldsburg, OH 43068-6398
5161448        +Financial Recoveries/Gettysburg Hos,    P.O. Box 1388,    Mount Laurel, NJ 08054-7388
5161450         Foster & Garbus LLP/ Target,    60 Motor Parkway,    Commack, NY 11725-5710
5161451         Goodyear Credit Plan,    P.O. Box 9001006,    Louisville, KY 40290-1006
5161452        +Griffith Energy Services, Inc.,    8 Sullivan Avenue,    Westminster, MD 21157-4522
5161454         Jason Tate, MD,    P.O. Box 973,    Westminster, MD 21158-0973
5161455         Jason Tate, MD,    76 Frederick Street,    Taneytown, MD 21787-2135
5161456        +Justice Daniel S. Bowman,    45 D West Hanover Street,    Bonneauville, PA 17325-7728
5161457        +Littlestown Veterinary Hospital,    5010 Baltimore Pike,    Littlestown, PA 17340-9323
5161458         Meaningful Beauty,    PO Box 2017,    Harlan, IA 51593-0232
5161461        +Midland Credit Management Inc./Best,    PO Box 51319,    Los Angeles, CA 90051-5619
5161462        +Midland Credit Management Inc/Dicks,    PO Box 51319,    Los Angeles, CA 90051-5619
5161463        +Midland Credit Management Inc/Lowes,    PO Box 51319,    Los Angeles, CA 90051-5619
5161464        +Midland Credit Management/Credit On,    P.O. Box 51319,    Los Angeles, CA 90051-5619
5161465         Midland Funding LLC/CITI,    P.O. Box 2001,    Warren, MI 48090-2001
5161466        +North Shore Agency/Meaningful Beaut,    270 Spagnoli Road,    Suite 110,
                 Melville, NY 11747-3515
5161467         Ocwen Loan Servicing LLC,    P.O. Box 660264,    Dallas, TX 75266-0264
5161475         State Collection Service, Inc.,    PO Box 1280,    Oaks, PA 19456-1280
5161474         State Collection Service, Inc.,    P.O. Box 6250,    Madison, WI 53716-0250
5161476        +State Collection Service, Inc./Carr,    2509 Stoughton Road,    Madison, WI 53716-3314
5161477        +State Collection Service, Inc./Nort,    2509 Stoughton Road,    Madison, WI 53716-3314
5161478         State Collection Services, Inc,    PO Box 1280,    Oaks, PA 19456-1280
5161479        +Stillman Law Office, LLC,    50 Tower Office Park,    Woburn, MA 01801-2113
5161485        +The Greenhouse,    200 Powell Place,    Brentwood, TN 37027-7514
5161487         Wells Fargo Bank N.A./Empire Today,    P.O. Box 71118,    Charlotte, NC 28272-1118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: GMACFS.COM May 17 2019 22:53:00     Ally Bank,    serviced by Ally Servicing LLC,
                 PO Box 130424,    Roseville, MN 55113-0004
cr             +EDI: PRA.COM May 17 2019 22:53:00     PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5161432         E-mail/Text: ebn@americollect.com May 17 2019 18:51:58     Americollect, Inc.,    P.O. Box 1690,
                 Manitowoc, WI 54221-1690
5161433         EDI: ARSN.COM May 17 2019 22:53:00     ARS National Services Inc.,    P.O. Box 469046,
                 Escondido, CA 92046-9046
5161428         EDI: GMACFS.COM May 17 2019 22:53:00     Ally,   Payment Processing Center,    P.O. Box 9001951,
                 Louisville, KY 40290-1951
5166760         EDI: BECKLEE.COM May 17 2019 22:53:00     American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5161430        +E-mail/Text: bky@americanprofit.net May 17 2019 18:52:00
                 American Profit Recovery/Littlestow,    34505 West 12 Mile Road,    Suite 333,
                 Farmington Hills, MI 48331-3288
5161434         E-mail/Text: ACF-EBN@acf-inc.com May 17 2019 18:51:45     Atlantic Credit & Finance Inc,
                 P.O. Box 13386,    Roanoke, VA 24033-3386
5161436         E-mail/Text: cms-bk@cms-collect.com May 17 2019 18:51:51     Capital Management Services, LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
5161437         EDI: CAPITALONE.COM May 17 2019 22:53:00     Capital One,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
5161445         EDI: WFNNB.COM May 17 2019 22:53:00     Comenity - Big Lots,    P.O. Box 659707,
                 San Antonio, TX 78265-9707
5166781         EDI: WFNNB.COM May 17 2019 22:53:00     Comenity-Victorias Secret,    PO Box 659728,
                 San Antonio TX 78265-9728
5161446         EDI: RCSFNBMARIN.COM May 17 2019 22:53:00     Credit One Bank,    P.O. Box 98872,
                 Las Vegas, NV 89193-8872
5166782         EDI: RCSFNBMARIN.COM May 17 2019 22:53:00     Credit One Bank,    P.O. Box 60500,
                 City of Industry CA 91716-0500
5161449         EDI: FORD.COM May 17 2019 22:53:00     Ford Credit,    P.O. Box 650575,   Dallas, TX 75265-0575
```

```
District/off: 0314-1                 User: admin                 Page 2 of 2                 Date Rcvd: May 17, 2019
                                     Form ID: 318                Total Noticed: 71
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
5161453          E-mail/Text: credit@griffithoil.com May 17 2019 18:52:05     Griffith Energy Services, Inc.,
                 P.O. Box 62632,   Baltimore, MD 21264-2632
5161460         +EDI: MID8.COM May 17 2019 22:53:00      Midland Credit Management Inc.,   2365 Northside Drive,
                 Suite 300,   San Diego, CA 92108-2709
5161459         +EDI: MID8.COM May 17 2019 22:53:00      Midland Credit Management Inc.,   P.O. Box 2121,
                 Warren, MI 48090-2121
5161469          EDI: PRA.COM May 17 2019 22:53:00      Portfolio Recovery Associates,   P.O. Box 12914,
                 Norfolk, VA 23541
5161468         +E-mail/Text: paparalegals@pandf.us May 17 2019 18:52:08     Patenaude & Felix, A.P.C.,
                 501 Corporate Drive,   Southpointe Center, suite 205,   Canonsburg, PA 15317-8584
5161470         +EDI: PRA.COM May 17 2019 22:53:00      Portfolio Recovery Associates/Old N,   P.O. Box 12914,
                 Norfolk, VA 23541-0914
5161471         +EDI: PRA.COM May 17 2019 22:53:00      Portfolio Recovery Associates/Walma,   P.O. Box 12914,
                 Norfolk, VA 23541-0914
5161473          EDI: RMCB.COM May 17 2019 22:53:00      RMCB,   P.O. Box 1235,   Elmsford, NY 10523-0935
5161472          E-mail/Text: Supportservices@receivablesperformance.com May 17 2019 18:52:05
                 Receivables Performance Management,   P.O. Box 1548,   Lynnwood, WA 98046-1548
5161480          EDI: RMSC.COM May 17 2019 22:53:00      SYNCB/Amazon,   P.O. Box 965013,
                 Orlando, FL 32896-0013
5161482          EDI: RMSC.COM May 17 2019 22:53:00      Synchrony Bank,   P.O. Box 965033,
                 Orlando, FL 32896-5033
5161481          EDI: RMSC.COM May 17 2019 22:53:00      Synchrony Bank,   P.O. Box 965064,
                 Orlando, FL 32896-5064
5161988         +EDI: RMSC.COM May 17 2019 22:53:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
5161484         +E-mail/Text: paparalegals@pandf.us May 17 2019 18:52:08     TD Bank USA, N.A.,
                 c/o Patenaude & Felix, A.P.C.,   501 Corporate Drive, Suite 205,   Canonsburg, PA 15317-8584
5161486          EDI: TFSR.COM May 17 2019 22:53:00      Toyota Financial Services,   P.O. Box 5855,
                 Carol Stream, IL 60197-5855
5166783          EDI: WTRRNBANK.COM May 17 2019 22:53:00      Target Card Services,   P.O. Box 660170,
                 Dallas TX 75266-0170
5161483          EDI: WTRRNBANK.COM May 17 2019 22:53:00      Target Card Services,   3901 West 53rd Street,
                 Sioux Falls, SD 57106-4216
5161488          EDI: WFFC.COM May 17 2019 22:53:00      Wells Fargo Bank, N.A.,   P.O. Box 5132,
                 Sioux Falls, SD 57117-5132
                                                                                              TOTAL: 33

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern, PA 19355-0701
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2019                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2019 at the address(es) listed below:
              James Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
               pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
              Thomas E. Miller    on behalf of Debtor 1 Peter Michael Petel, Jr. staff@tommillerlawoffice.com
              Thomas E. Miller    on behalf of Debtor 2 Brenda Anne Petel staff@tommillerlawoffice.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | **Peter Michael Petel Jr.** | Social Security number or ITIN  xxx–xx–7516 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 | **Brenda Anne Petel** | Social Security number or ITIN  xxx–xx–3535 |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **Middle District of Pennsylvania**

Case number:   **1:19–bk–00603–HWV**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Peter Michael Petel Jr.  
aka Peter Michael Petel

Brenda Anne Petel

**By the court:** *[signature]*

5/17/19

Honorable Henry W. Van Eck  
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**